| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

RONALD DAVID SUTHERLAND, §
TDCJ 1650667, §
    Plaintiff, §
 §
versus            §  CIVIL ACTION H-15-2186
WILLIAM STEPHENS, et al., §
    Defendants. §

## Opinion on Dismissal

  Ronald David Sutherland sues for civil rights violations. He is held in prison. Sutherland has not paid the filing fee. He has sued eighteen times in the federal courts in Texas. The district court dismissed three of his lawsuits as frivolous or for failure to state a claim. *See Sutherland* v. *Diaz, et al.*, No. 2:97-294 (S.D. Tx.) citing *Sutherland* v. *Lynaugh*, No. 2:94-493 (S.D. Tx.); *Sutherland* v. *Lynaugh, et al.*, No. 4:94-4412 (S.D. Tx.); and *Sutherland v. Larson, et al.*, No. 6:1994-cv-684 (E.D. Tx.). When Sutherland sued in those cases, he was in prison. The court dismissed these other cases before Sutherland filed this case.

  A prisoner may not bring a case in federal court as a pauper if, while in prison, he brought three actions that were dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

  Sutherland's allegations do not show that he is under imminent danger of serious physical injury. This complaint is dismissed. Sutherland may refile his complaint on paying the filing fee.

  Signed October   14  , 2015, at Houston, Texas.

                    Lynn N. Hughes
                    United States District Judge